IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Dimitri A. Hubbard, : | |
| : | |
| Petitioner(s), : | |
| : | Case Number: 1:09cv550 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Warden, London Correctional Institution, : | |
| : | |
| Respondent(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge J. Gregory Wehrman filed on September 7, 2010(Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 27, 2010, hereby ADOPTS said Report and Recommendations.

Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 8) is **DENIED** with prejudice.

A certificate of appealability will not issue with respect to petitioner's claims for relief, which this Court has concluded are waived and thus barred from review on a procedural ground, because "jurists of reason will not find it debatable as to whether this Court is correct in its procedural ruling" under the first prong of the applicable two-part standard enunciated in *Slack v. McDaniel,* 529 U.S. 473, 484-85 (2000).

With respect to any application by petitioner to proceed on appeal *in forma pauperis*, the Court will certify pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in "good faith," and therefore **DENIES** petitioner

leave to appeal *in forma pauperis* upon a showing of financial necessity. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman,* 117 F.3d 949, 952 (6th Cir. 1997).

  IT IS SO ORDERED.

               ___s/Susan J. Dlott_____
               Chief Judge Susan J. Dlott
               United States District Court